# **Exhibit 1**

## Schedule A

| No. | Platform | Defendant Name | Listing URL |
|---|---|---|---|
| 1 | Walmart | C & J Corporation | https://www.walmart.com/ip/LINKPAL-Polar-Star-Large-Floor-Lamp-Bohemian-Led-Colorful-Diamond-Lights-Geometric-Lamp-Decoration-3d-Projection-Night-Home-Decor-Gifts/1967878572?classType=REGULAR&athbdg=L1600&from=/search |